UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETALUMA THEATRE SQUARE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LEAH HIRSCH, et al.,<br><br>    Defendants. | Case No. 19-cv-00026-JST<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO REMAND**<br><br>Re: ECF No. 17 |

The Court has reviewed Magistrate Judge Laurel Beeler's report and recommendation to remand this action to the Sonoma County Superior Court for lack of federal subject-matter jurisdiction. ECF No. 17. The period for objections has elapsed, and no objections were filed. *See* Fed. R. Civ. P. 72.

The Court finds the report correct, well-reasoned, and thorough, and adopts it in every respect. The complaint in this unlawful detainer case reveals no basis for the exercise of either diversity or federal-question jurisdiction. *See* ECF No. 1.

Accordingly, this action is hereby remanded to the Superior Court of Sonoma County.

**IT IS SO ORDERED.**

Dated: March 13, 2019

_____
JON S. TIGAR
United States District Judge